UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RITA RODIN-JOHNSTON,

                Plaintiff,

-against-

HOTEL LES ATELIERS DE L'IMAGE, SARL GODARD FRANCE ASSOCIES, ALAIN GODARD, FRANCINE GODARD, and JEROME GODARD,

                Defendants.

Index no. 11 Civ. 0638

**AFFIDAVIT OF SERVICE**

BRIAN SIMPSON, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside in Kings County, New York.

2. On February 9, 2011, I served a true and correct copy of the **NOTICE OF MOTION TO DISMISS THE COMPLAINT, DECLARATION OF ALAIN GODARD, DECLARATION OF JEAN-CHRISTOPHE PIC AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS** upon:

    Wendy R. Fleishman
    Lieff Cabraser Heimann & Bernstein
    250 Hudson Street, 8th Floor
    New York, NY 10013-1413
    *Attorneys for Plaintiff*

by depositing a true copy thereof, enclosed in postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State at the address designated above for said purpose.

                                            BRIAN SIMPSON

Sworn to before me this
9th day of February 2011

_Eddie M. Rivera, JR_
Notary Public

EDDIE M. RIVERA, JR.
Notary Public, State of New York
No. 01RI6180898
Qualified in Bronx County
Commission Expires January 22, 2012

1196701-1