UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RITA RODIN-JOHNSTON,<br><br>                                 Plaintiff,<br><br>          -against-<br><br>HOTEL LES ATELIERS DE L'IMAGE, SARL GODARD FRANCE ASSOCIES, ALAIN GODARD, FRANCINE GODARD, and JEROME GODARD,<br><br>                                 Defendants. | 11 Civ. 00638 (GBD/RLE)<br><br>NOTICE OF MOTION |

       PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Motion to Stay Discovery, dated February 11, 2011, and upon all pleadings and proceedings had herein, Defendants Hotel Les Ateliers de L'Image, SARL Godard France Associés, Alain Godard, Francine Godard, and Jerome Godard (collectively, "Defendants"), will move this Court before the Honorable George B. Daniels, United States District Judge at the United States Courthouse, 500 Pearl Street, New York, New York 10007 on a date and time to be set by the Court, for an Order staying discovery pending the outcome of Defendants' February 9, 2011 Motion to Dismiss, or until the Fed. R. Civ. P. 26(f) discovery conference occurs, whichever is later, and for such other and further relief as the Court deems just and proper.

1205509-1

Dated: New York, New York
February 11, 2011

        OLSHAN GRUNDMAN FROME
        ROSENZWEIG & WOLOSKY LLP

By:  */s/ Allen R. Wolff*
      Peter D. Weinstein
      Allen R. Wolff (AW 5876)
      *Attorneys for Defendants*
      Park Avenue Tower
      65 East 55th Street
      New York, New York 10022
      (212) 451-2300