Peter D. Weinstein, Esq.
Allen R. Wolff, Esq.
OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RITA RODIN-JOHNSTON,<br><br>                              Plaintiff,<br><br>     -against-<br><br>HOTEL LES ATELIERS DE L'IMAGE, SARL GODARD FRANCE ASSOCIES, ALAIN GODARD, FRANCINE GODARD, and JEROME GODARD,<br><br>                              Defendants. | 11 Civ. 00638 (GBD/RLE)<br><br><u>**AMENDED RULE 7.1 DISCLOSURE STATEMENT**</u> |

   Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant SARL Godard France Associés, certifies that SARL Godard France Associés has no corporate parents and there is no publicly held corporation that owns 10% or more of SARL Godard France Associés's stock.  Defendant SARL Godard France Associés further certifies that its sole member is Charles Andre SAS, a French company.

1205518-1

Dated: New York, New York
February 11, 2011

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

By: */s/ Allen R. Wolff*
Peter D. Weinstein
Allen R. Wolff (AW 5876)
*Attorneys for Defendants*
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

1205518-1