UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RITA RODIN-JOHNSTON,

                Plaintiff,

-against-

HOTEL LES ATELIERS DE L'IMAGE, SARL
GODARD FRANCE ASSOCIES, ALAIN
GODARD, FRANCINE GODARD, and
JEROME GODARD,

                Defendants.

Index no.  11 Civ. 0638

**AFFIDAVIT OF SERVICE**

BRIAN SIMPSON, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside in Kings County, New York.

2. On February 11, 2011, I served a true and correct copy of the **NOTICE OF MOTION TO STAY DISCOVERY AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STAY DISCOVERY** upon:

                Wendy R. Fleishman
                Lieff Cabraser Heimann & Bernstein
                250 Hudson Street, 8th Floor
                New York, NY 10013-1413
                *Attorneys for Plaintiff*

by depositing a true copy thereof, enclosed in postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State at the address designated above for said purpose.

                                          BRIAN SIMPSON

Sworn to before me this
11th day of February 2011

_Eddie M. Rivera, Jr._
Notary Public

        EDDIE M. RIVERA, JR.
        Notary Public, State of New York
        No. 01RI6180898
        Qualified in Bronx County
1206872-1      Commission Expires January 22, 2012