**Lieff
Cabraser
Heimann &
Bernstein**
Attorneys at Law



Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

February 18, 2011

Wendy R. Fleishman
Partner
wfleishman@lchb.com

**VIA HAND DELIVERY**

The Honorable George B. Daniels
United States District Court for the
 Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**SO ORDERED**
The conference is adjourned to
May 19, 2011 at 9:30 a.m.

2 FEB 2011

*[signature]* George B Daniels

RE:   *Rita Rodin-Johnston v. Hotel Les Ateliers De L'image et al.*, Case No.
      1:11-cv-00638-GBD (S.D.N.Y.)

Dear Judge Daniels:

I represent Plaintiff Rita Rodin-Johnston in this matter. I write to request that the Initial Pretrial Conference currently set for April 14, 2011 be adjourned for thirty days. I have been seriously ill for the past week and was hospitalized several days ago, and I remain in the hospital for ongoing treatment. I hope to be released in the next week but the date remains uncertain.

Defendants filed a motion to dismiss on February 9, 2011, and also filed a motion to stay discovery on February 11, 2011. Due to my health condition, I contacted defense counsel on February 17, 2011 to request a 30-day extension of Plaintiff's time to respond to these two motions, to which Defendants acquiesced. In order to accommodate this extension and avoid premature use of judicial and litigant resources, the parties agreed to also seek adjournment of the Initial Pretrial Conference for an equal amount of time. This is the first request for an extension made in this matter.

I greatly appreciate the Court's understanding in connection with this matter.

Respectfully,

*[signature]*

Wendy R. Fleishman

cc: Allen R. Wolff
WRF/wp
912224.1