**Lieff
Cabraser
Heimann &
Bernstein**
Attorneys at Law



Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

March 17, 2011

Wendy R. Fleishman
Partner
wfleishman@lchb.com

**SO ORDERED**
The oral argument is scheduled for June 2, 2011 at 10:00 a.m.

18 MAR 2011 /s/ George B. Daniels

HON. GEORGE B. DANIELS

**VIA HAND DELIVERY**
The Honorable George B. Daniels
United States District Court for the
 Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: *Rita Rodin-Johnston v. Hotel Les Ateliers De L'image et al.*, Case No. 1:11-cv-00638-GBD (S.D.N.Y.)

Dear Judge Daniels:

We represent Plaintiff Rita Rodin-Johnston in this matter. On February 18, 2011, I wrote to the Court to request that the Initial Pretrial Conference currently set for April 14, 2011 be adjourned for thirty days because I was seriously ill and hospitalized at Weill Cornell New York Hospital with renal failure. I finally have been able to come back to work, but am now trying to register for a kidney transplant. That process has taken me out of the office for several days, and will likely do so in the next two weeks.

In light of these circumstances, I contacted Defendants today to request an additional thirty (30) day extension of Plaintiff's time to respond to Defendants' motion to dismiss filed on February 9, 2011, and Defendants' motion to stay discovery filed on February 11, 2011. Defendants have agreed to this request. In order to accommodate this extension, the parties agreed to also seek another adjournment of the Initial Pretrial Conference for an equal amount of time.

I greatly appreciate the Court's understanding in connection with this matter.

Respectfully,

/s/ Wendy Fleishman (cm)

Wendy R. Fleishman

WRF/wp
cc: Allen R. Wolff
 Peter Weinstein
 Lexi Hazam

914306.1

San Francisco   New York   Nashville   www.lieffcabraser.com